## WILLIAM BISHOP v. THOMAS WALLACE, Administrator of John Wilds.

Superior Court.   Kent.   October 3, 1832.

*Ridgely's Notebook V,* [*i*].

JOSEPH ROBINSON and JAMES ROBINSON v. JOHN STIDHAM, JACOB STIDHAM, JOHN SINEX, DAVID CANAN, INGER-BEY ROBINSON and ROBERT ROBINSON and JAMES KEAN, Executors of William Robinson.

Court of Chancery.   New Castle.   In Vacation.   October 26, 1825.

*Ridgely's Notebook V,* **1**

The bill was signed by *Louis McLane* [and] *George Read, Jr.,* solicitors for the complainants.

Copy of a letter to *George Read, Jr., Esq.:*

Dover.      October 28, 1825.

Sir,

Mr. Paynter committed a mistake, I apprehend, in sending to me the bill of Joseph Robinson and James Robinson against John Stidham and others.   I presume he imagined that the complainants desired that a writ of injunction should be ordered, but as there is no prayer for such writ, no order for it can be made.   There is a prayer that a perpetual injunction should be decreed, but that is a different matter from a writ, and is to be made on the merits, after hearing the parties.   This I need not repeat to you, but lest there should be any doubt, see Mitf.Pl. 46, Coop.Eq.Pl. 13, Amb. 70.   As well as I remember, in all injunction bills in this state, in which the complainants desired such a writ,